USAO 2014R00001

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2014 OCT 22 PM 3:36

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * CRIMINAL NO. RDB-14-0498 |
| v. | * |
| | * (Theft of Mail by Postal Service |
| ANDRE LAMONT BERKLEY, JR. | * Employee, 18 U.S.C. § 1709) |
| | * |
| Defendant | * |
| | * |

*******

## INDICTMENT

The Grand Jury for the District of Maryland charges that:

From at least on or about May 2013 through on or about September 2013, the defendant,

**ANDRE LAMONT BERKLEY, JR.,**

being a Postal Service officer and employee, knowingly embezzled any letter, postal card, package, bag, mail, and any article or thing contained therein entrusted to him and which came into his possession intended to be conveyed by mail, and carried and delivered by any carrier, messenger, agent and other person employed in any department of the Postal Service, and forwarded through and delivered from any post office and station thereof established by authority of the Postmaster General and of the Postal Service, and stole, abstracted, and removed from any such letter, package, bag, and mail, any article or thing contained therein.

18 U.S.C. § 1709

_____
Rod J. Rosenstein
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

☑ Foreperson
Date: October 22, 2014