**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

|  |  |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | *   Criminal No. RDB-14-0498 |
| ANDRE LAMONT BERKLEY, JR. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION TO SUPPRESS STATEMENTS AND TANGIBLE EVIDENCE

The Defendant by and through his attorney Katherine Tang Newberger, Assistant Federal Public Defender, hereby respectfully moves this Honorable Court to issue a pre-trial ruling barring the Government from admitting any and all statements he made on September 19, 2013, whether oral, written or recorded, and any evidence seized without a warrant from the long-life vehicle he was driving that day, which the Government proposes to use as evidence against him at trial.  In support of this Motion, counsel states the following:

1. Mr. Berkley is charged in a one-count indictment with stealing mail while a U.S. postal employee, in violation of 18 U.S.C. § 1709.

2. On September 19, 2013, Mr. Berkley was arrested by two special agents without a warrant.  Then, again without a warrant, they searched the long-life vehicle he had been driving and allegedly seized 14 rifled greeting cards.

3. Once in the Glen Burnie postmaster's office, the agents searched Mr. Berkley, seizing several gift cards and currency.

4. The agents then questioned Mr. Berkley.

5. Any oral, written or otherwise recorded statements given by the Defendant to the

Special Agents were potentially obtained in violation of the Fifth and Sixth Amendments and Miranda v. Arizona, 384 U.S. 436 (1966).

6. The Defendant is entitled to a hearing regarding the voluntariness of any statements, whether oral or written, attributed to him in accordance with the provisions of 18 U.S.C. § 3501 and the principles set forth in United States v. Inman, 352 F.2d 954 (4th Cir. 1965).

7. The warrantless search of Mr. Berkley and the long-life vehicle violated the Fourth Amendment to the Constitution and, accordingly, any items seized during those searches should be suppressed.

**WHEREFORE**, the Defendant respectfully moves this Honorable Court to issue a pre-trial ruling barring the Government from using any statements he made to the special agents on September 19, 2013, and any items seized from Mr. Berkley or his long-life vehicle on that same date.

Respectfully submitted,

JAMES WYDA
Federal Public Defender
  for the District of Maryland

/s/
_____
KATHERINE TANG NEWBERGER (# 27803)
Assistant Federal Public Defender
100 South Charles Street
Tower II, 9th Floor
Baltimore, Maryland  21201
Phone: (410) 962-3962
Fax:  (410) 962-0872
Email: katherine_newberger@fd.org

**REQUEST FOR HEARING**

Pursuant to Rule 105.6 of the Local Rules of the United States District Court for the District of Maryland, the Defendant requests a hearing on this motion.

/s/
_____
KATHERINE TANG NEWBERGER
Assistant Federal Public Defender